UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

CIRCLE K STORES INC.,
    Defendant.

Case No.: 23-cv-01970-RBD-DCI

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, RUDOLPH BETANCOURT, and Defendant, CIRCLE K STORES INC., by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents. Accordingly, the Parties expect to file a stipulation of dismissal with prejudice within forty (40) days and respectfully request that they not be required to file any further responses, motions, and/or pleadings.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg

/s/ Kristin A. Taylor
Kristin A. Taylor
Florida Bar No. 1019775
McDermott Will & Emery LLP
1180 Peachtree Street NE, Suite 3350
Atlanta, GA 30309
Phone: (404) 260-8580
kataylor@mwe.com

(FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646